Case 2:04-cr-00495-TC   Document 12   Filed 07/28/04   PageID.1   Page 1 of 3

PAUL M. WARNER, United States Attorney (#3389)
ROBERT C. LUNNEN, Assistant United States Attorney (#4620)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Facsimile: (801) 524-6926

FILED
CLERK, U.S. DISTRICT COURT
2004 JUL 28 P 3: 52
[DISTRICT OF UTAH]
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | INDICTMENT |
| vs. : | VIO. 18 U. S. C. § 844(i), (Destruction of Property by Fire) and 18 U.S.C. § 2, (Aiding and Abetting). |
| HARRISON DAVID BURROWS, : | |
| Defendant. | |

Judge David K. Winder
DECK TYPE: Criminal
DATE STAMP: 07/28/2004 @ 12:36:09
CASE NUMBER: 2:04CR00495 DKW

The Grand Jury charges:

### COUNT I
### (18 U.S.C. § 844 (i))

On or about July 8, 2004, in the Central Division of the District of Utah,

### HARRISON DAVID BURROWS,

the defendant herein, aided and abetted by another, did knowingly and maliciously damage and destroy and attempt to damage and destroy by fire any building, vehicle, real and personal property, used in interstate commerce and in any activity affecting interstate commerce; all in violation of 18 U.S.C. § 844 (i) and 18 U.S.C. § 2.

12

A TRUE BILL:

_____
GRAND JURY FOREPERSON

APPROVED:
PAUL M. WARNER
United States Attorney

_____
ROBERT C. LUNNEN
Assistant United States Attorney

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)

CENTRAL -- DISTRICT OF UTAH

**OFFENSE CHARGED**

DESTRUCTION OF PROPERTY BY FIRE; AND AIDING AND ABETTING

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**DEFENDANT** — U.S. vs.

▶ HARRISON DAVID BURROWS

Address

Birth Date ☐ Male  ☐ Alien
☐ Female  (if applicable)

(Optional unless a juvenile)

Place of offense: Utah County, Central Division, District of Utah

U.S.C. Citation: 18 : 844(i) & 2

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Steve Fillerup - FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

**DEFENDANT**

IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed   Mo. Day Year

DATE OF ARREST ▶

Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ▶   Mo. Day Year

Name and Office of Person Furnishing Information on THIS FORM: Paul M. Warner
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): ROBERT C. LUNNEN

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

Please issue a WARRANT for subject. Subject is in custody at the Salt Lake County Jail.

Judge David K. Winder
DECK TYPE: Criminal
DATE STAMP: 07/28/2004 @ 12:36:09
CASE NUMBER: 2:04CR00495 DKW