PAUL M. WARNER, United States Attorney (#3389)
ROBERT C. LUNNEN, Assistant United States Attorney (#4620)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Facsimile: (801) 524-6926

FILED
CLERK U.S. DISTRICT COURT

2004 DEC 17 P 3: 47

B_____
_____ CLERK

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 2:04-CR-0495-DKW |
| Plaintiff, | : | GOVERNMENT'S POSITION WITH RESPECT TO SENTENCING |
| vs. | : | FACTORS |
| HARRISON D. BURROWS, | : | Judge David K. Winder |
| Defendant. | | |

The United States, by and through the undersigned Assistant United States Attorney

hereby submits its position with respect to sentencing factors in the above-captioned case.

The United States reviewed a copy of the Pre-sentence Report provided by Jeff

Rosenlund, U.S. Probation Officer and does not object to either the material information

provided therein, nor to the sentencing guideline classification and calculation made by the

United States Probation Office.

DATED this 17th day of December, 2004.

PAUL M. WARNER
United States Attorney

ROBERT C. LUNNEN
Assistant United States Attorney



I HEREBY CERTIFY that I am an employee of the United States Attorney's Office for

the District of Utah, and that a copy of the foregoing GOVERNMENT'S POSITION WITH

RESPECT TO SENTENCING FACTORS was mailed, postage prepaid to all parties named

below, this _____ of December, 2004.

                    Steve Killpack
                    Attorney for Harrison Burrows
                    46 West Broadway, Suite 110
                    Salt Lake City, Utah  84101

                    Jeff Rosenlund
                    U.S. Probation Office
                    Salt Lake City, Utah