STEVEN B. KILLPACK, Federal Defender (#1808)
**UTAH FEDERAL DEFENDER OFFICE**
Attorney for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Facsimile: (801) 524-4060

FILED
CLERK, U.S. DISTRICT COURT
2004 DEC 22  A 11: 03
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | POSITION OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS |
|---|---|
| Plaintiff, | |
| v. | Case No. 2:04-CR-495 DKW |
| HARRISON DAVID BURROWS, | |
| Defendant. | |

The Defendant, Harrison David Burrows, by and through counsel of record, Steven B. Killpack, Federal Defender, pursuant to Rule 32.1 of the Criminal rules of Practice of the United States District Court for the District of Utah, states that, after reviewing the Pre-sentence Report prepared by the United States Probation Office, no sentencing factors as described in this report are disputed by the Defendant.

Dated this __21__ day of December, 2004.

_____
STEVEN B. KILLPACK
Federal Defender

**CERTIFICATE OF DELIVERY**

I hereby certify that a true and correct copy of the foregoing **POSITION OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS** was mailed postage prepaid or delivered through inter-office mail to all parties named below on this 21st day of December, 2004 to:

Robert C. Lunnen
Assistant United States Attorney
185 South State Street, Suite 400
Salt Lake City, UT 84101

Jeff Rosenlund
U.S. Probation Officer
2025 Federal Building
324 25th Street
Ogden, Utah 84401

*Phyllis A. Walker*