FILED
CLERK, U.S. DISTRICT COURT

USDC UT Approved 06/06/00   Revised 01/20/04

# United States District Court
## District of Utah

**UNITED STATES OF AMERICA**

**vs.**

**Harrison David Burrows**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

| | |
|---|---|
| Case Number: | **2:04-CR-00495-001 DKW** |
| Plaintiff Attorney: | **Robert Lunnen** |
| Defendant Attorney: | **Steven Killpack** |

**Atty: CJA ___ Ret ___ FPD ✖**

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

Defendant's USM No.: **11674-081**

Defendant's Residence Address: _____

**01/10/2005**
Date of Imposition of Sentence

Defendant's Mailing Address:
SAME

Country  USA

Country _____

THE DEFENDANT:

COP  9/14/2004   Verdict _____

☒ pleaded guilty to count(s)   **One of the Indictment**

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 18 USC §§ 844(i) | Destruction of Property by Fire and Aiding and Abetting | 1 |

Entered on docket
_____ by:
_____
Deputy Clerk

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

## SENTENCE

Pursuant to the Sentencing Reform Act of 1984, it is the judgment and order of the Court that the defendant be committed to the custody of the United States Bureau of Prisons for a term of

**30 Months**

Upon release from confinement, the defendant shall be placed on supervised release for a term of

**36 Months**

☐ The defendant is placed on Probation for a period of _____

The defendant shall not illegally possess a controlled substance.

Defendant:      Harrison David Burrows                                    Page 2 of 5
Case Number:   2:04-CR-00495-001 DKW

*For offenses committed on or after September 13, 1994:*
The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

☐   The above drug testing condition is suspended based on the court's determination that the defendant possesses a low risk of future substance abuse. (Check if applicable.)

## SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION

In addition to all Standard Conditions of (Supervised Release or Probation) set forth in PROBATION FORM 7A, the following Special Conditions are imposed: (see attachment if necessary)

1. The defendant shall maintain full-time, verifiable employment or participate in academic or vocational development throughout the term of supervision as deemed appropriate by the USPO.

2. The defendant shall refrain from association with any known gang member.

3. The defendant shall submit his person, residence, office or vehicle to a search, conducted by a USPO at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

## CRIMINAL MONETARY PENALTIES

### FINE

The defendant shall pay a fine in the amount of    $ __NONE_____ , payable as follows:
☐   forthwith.

☐   in accordance with the Bureau of Prison's Financial Responsibility Program while incarcerated and thereafter pursuant to a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.

☐   in accordance with a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.

☐   other:
_____

☐   The defendant shall pay interest on any fine more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).

☐   The court determines that the defendant does not have the ability to pay interest and pursuant to 18 U.S.C. § 3612(f)(3), **it is ordered that:**

  ☐   The interest requirement is waived.

  ☐   The interest requirement is modified as follows:
_____

Defendant:   Harrison David Burrows                     Page 3 of 5
Case Number:  2:04-CR-00495-001 DKW

# RESTITUTION

**The defendant shall make restitution to the following payees in the amounts listed below:**

| **Name and Address of Payee** | **Amount of Loss** | **Amount of Restitution Ordered** |
|---|---|---|
| Brigham Young University | | |
| Physical Facilities Division, Attn: Roy Peterman | | |
| Claim #6356596 | | |
| 122 Thomas House | | |
| Provo, UT 84602-1008 | 75,898.00 | 75,898.00 |
| **Totals:** $ **75,898.00** | $ **75,898.00** | |

(*See* attachment if necessary.)  All restitution payments must be made through the Clerk of Court, unless directed otherwise.  If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless otherwise specified.

☒ Restitution is payable as follows:

    ☐ in accordance with a schedule established by the U.S. Probation Office, based upon the defendant's ability to pay and with the approval of the court.

    ☒ other:
    **Restitution shall be paid at a minimum rate of $200 per month, upon release from incarceration.  Restitution is ordered to be paid jointly and severally with any other co-defendants.**

☐ The defendant having been convicted of an offense described in 18 U.S.C. § 3663A(c) and committed on or after 04/25/1996, determination of mandatory restitution is continued until _____ pursuant to 18 U.S.C. § 3664(d)(5)(not to exceed 90 days after sentencing).

    ☐ An Amended Judgment in a Criminal Case will be entered after such determination

## SPECIAL ASSESSMENT

The defendant shall pay a special assessment in the amount of $ **100.00** , payable as follows:

    ☒ forthwith.

    ☐ _____

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid

## PRESENCE REPORT/OBJECTIONS

The court adopts the factual findings and guidelines application recommended in the presentence report except as otherwise stated in open court.

Defendant:     Harrison David Burrows                                    Page 4 of 5
Case Number:   2:04-CR-00495-001 DKW

## DEPARTURE

✖  The Court  grant the Motion for Departure pursuant to 18 U.S.C. 3553(c)(2), the Court enters its
reasons for departure:
**The Court grants the USA's 5k1.1 motion for downward departure.**

## RECOMMENDATION

☐  Pursuant to 18 U.S.C. § 3621(b)(4), the Court makes the following recommendations to the Bureau
of Prisons:

_____

## CUSTODY/SURRENDER

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the  United States Marshal     for this district at
_____   on   _____ .

✖  The defendant shall report to  the institution designated by the Bureau of Prisons     by
**12:00 Noon**       Institution's local time, on  **January 28, 2005** _____ .


DATE: _____ *1-12-05* _____          *David K Winder* _____
                                          **David K. Winder**
                                          **United States Districtq Judge**

Defendant:      Harrison David Burrows                                    Page 5 of  5
Case Number:   2:04-CR-00495-001 DKW

## RETURN

I have executed this judgment as follows:

_____

_____

_____

      Defendant delivered on  _____  to  _____

at  _____  , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
Deputy U.S. Marshal

jmr

United States District Court
for the
District of Utah
January 12, 2005


* * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:04-cr-00495


True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


    Mr. Robert C Lunnen, Esq.
    US ATTORNEY'S OFFICE
    ,
    EMAIL

    Henri R. Sisneros, Esq.
    UTAH FEDERAL DEFENDER OFFICE
    46 W BROADWAY STE 110
    SALT LAKE CITY, UT  84101
    EMAIL

    Mr. Steven Killpack, Esq.
    UTAH FEDERAL DEFENDER OFFICE
    46 W BROADWAY STE 110
    SALT LAKE CITY, UT  84101
    EMAIL

    United States Marshal Service
    DISTRICT OF UTAH
    ,
    EMAIL

    US Probation
    DISTRICT OF UTAH
    ,
    EMAIL